[No. 73038-0-I.  Division One.  March 7, 2016.]

*In the Matter of the Marriage of* DIANE KOWNACKI, *Respondent*, and VICTOR VASQUEZ, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 08-3-04533-5, Judith H. Ramseyer, J., entered October 6, 2014 and January 9, 2015. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Lau, JJ.

[No. 73060-6-I.  Division One.  March 7, 2016.]

LARRY COSTELLO ET AL., *Appellants*, v. TANNER ELECTRIC COOPERATIVE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-18595-4, Timothy A. Bradshaw, J., entered January 12, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Appelwick and Trickey, JJ.

[No. 73123-8-I.  Division One.  March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GREG PARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01891-1, Linda C. Krese, J., entered February 11, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Appelwick, JJ.

[No. 73144-1-I.  Division One.  March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MAHAMED M. ABDI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02946-9, Julie A. Spector, J., entered February 20, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Trickey, JJ.